1  KATHLEEN MAYLIN (State Bar No. 155371)
   SHANE K. ANDERIES (State Bar No. 215415)
2  JACKSON LEWIS LLP
   199 Fremont Street, 10th Floor
3  San Francisco, California 94105
   Telephone: (415) 394-9400
4  Facsimile: (415) 394-9401

5  Attorneys for Defendant
   ANNTAYLOR RETAIL, INC. (erroneously sued
6  herein as ANN TAYLOR, INC.)

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 | JULIE GREEN, an individual,            | Case No. C 06 7952 PJH
12 |          Plaintiff,                     | STIPULATION AND ~~PROPOSED~~
   |                                          | ORDER FOR CONTINUANCE OF
13 |     v.                                   | CASE MANAGEMENT
   |                                          | CONFERENCE
14 | ANN TAYLOR RETAIL, INC. and              |
   | DOES 1 through 10, inclusive,            | Case Management
15 |                                          | Conference set for:  April 5, 2007
   |          Defendants.                     |
16

17     Plaintiff JULIE GREEN ("Plaintiff") and Defendant ANN TAYLOR RETAIL, INC.
18 ("Defendant") (collectively the "Parties"), through their respective counsel hereby stipulate as
19 follows:
20     1.   On December 29, 2006, this Court set this matter for a Case Management
21 Conference on April 5, 2007, at 2:30 p.m.
22     2.   The parties filed a Stipulation and Proposed Order Selecting Mediation on March
23 14, 2007.
24     3.   To afford the Parties an opportunity to pursue potential settlement, the Parties
25 agree that good cause exists for a ninety- (90-) day continuance of the April 5, 2007 Case
26 Management Conference in this action. This continuance would allow the Parties to engage in
27 the upcoming mediation and settlement discussions without having to expend unnecessary time
28 ///

and money exchanging initial disclosures and appearing at the April 5th Case Management Conference.

IT IS SO STIPULATED AND AGREED.

Dated: March 15, 2007

JACKSON LEWIS LLP

By _____
KATHLEEN MAYLIN
SHANE K. ANDERIES
Attorneys for Defendant
ANNTAYLOR RETAIL, INC.

Dated: March 15, 2007

MAYO & ROGERS

By _____
RICHARD MARTIN ROGERS
Attorney for Plaintiff
JULIE GREEN

## ORDER

**IT IS HEREBY ORDERED**, good cause having been demonstrated, that the Case Management Conference date in this matter shall be continued from April 5, 2007 to July 5, 2007 at 2:30 p.m..

IT IS SO ORDERED this 20th day of March, 2007.

JUDGE OF THE U.S. DISTRICT COURT

Judge Phyllis J. Hamilton

Case No. C 06 7952 PJH
STIPULATION AND PROPOSED ORDER FOR
CONTINUANCE OF CASE MANAGEMENT CONFERENCE