1  RICHARD M. ROGERS, #045843
   MAYO & ROGERS
2  114 Sansome Street, #1310
   San Francisco, CA 94104
3  Telephone:   415/397-1515
   Facsimile:   415/397-1540
4  Email:       RogersRMR@aol.com

5  Attorneys for Plaintiff
   JULIE GREEN

6

7

8              **UNITED STATES DISTRICT COURT**

9              **NORTHERN DISTRICT OF CALIFORNIA**

10

11

12  JULIE GREEN,                        )   CASE NO.:   C06-07952 PJH [ECF]
                                        )
13            Plaintiff,                )   Case filed:         11/27/06
                                        )   Removed to USDC:    12/29/06
14       v.                             )   Trial date:         TBA
                                        )
15  ANN TAYLOR, INC., and DOES 1        )   STIPULATION TO DISMISSAL OF
    THROUGH 10, inclusive,              )   ACTION; [PROPOSED] ORDER
16                                      )
                                        )
17            Defendants.               )
                                        )
18

19

20

21

22

23

24

25

26

27

28

---

GREEN-J/
DISMISS.STIP.wpd

Case No.:C06-07952 PJH [ECF] – Stipulation to Dismissal of Action; [Proposed] Order

Pursuant to F.R.Civ.P. 41(a)(1), the parties hereto stipulate to a dismissal of this action with prejudice, pursuant to a Settlement Agreement.

Dated: 6-5-07

MAYO & ROGERS

By: _____
RICHARD M. ROGERS
Attorneys for Plaintiff

Dated: 6-19-07

JACKSON LEWIS LLP

By: _____
KATHLEEN MAYLIN
Attorneys for Defendant

IT IS SO ORDERED.

Dated: 6/25/07

By: _____
JUDGE OF THE DISTRICT COURT

IT IS SO ORDERED
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

GREEN-J/
DISMISS.STIP.wpd

Case No.:C06-07952 PJH [ECF] – Stipulation to Dismissal of Action; [Proposed] Order   1